**Thresa WILLIAMS, Petitioner,**

**v.**

**The Honorable W. Wallace KENT, Respondent.**

**No. 12348.**

United States Court of Appeals Sixth Circuit.

Oct. 7, 1954.

Edward James Kenney, Jr., Benton Harbor, Mich., for petitioner.

No attorney for respondent.

PER CURIAM.

Petitioner seeks a writ of mandamus to compel a district judge to disqualify himself under 28 U.S.C. § 144. Assuming that a writ might appropriately issue in such a case, the affidavit of bias filed by petitioner in this case was not sufficient in that it failed to show bias or prejudice personal to the district judge. Price v. Johnston, 9 Cir., 125 F.2d 806, 811; cf. Berger v. United States, 255 U.S. 22, 41 S.Ct. 230, 65 L.Ed. 481. The petition is therefore denied.